# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0606
_____

Kody Mitchell Moniz,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court of Alachua County.
James M. Colaw, Judge.

June 19, 2024

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Ray and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.